IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

MR. STEVEN D. FERGUSON and )
MRS. SHIRLEY A. FERGUSON,   )
                            )
     Plaintiffs,            )
                            )       CIVIL ACTION NO.
     v.                     )       1:09cv635-MHT
                            )          (WO)
ARMY FLEET SUPPORT, LLC,    )
BELL HELICOPTER TEXTRON,    )
INC., and FORTNER           )
ACCESSORY SERVICE CORP.,    )
                            )
     Defendants.            )

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 38), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Army Fleet Support, LLC and the claims against it are dismissed pursuant to Fed.R.Civ.P. 41(a)(1). Defendants Bell Helicopter Textron, Inc., and Fortner Accessory Service Corporation and the claims against them  remain in this litigation.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of August, 2009.


　　　　　　　　　　　　 /s/ Myron H. Thompson　　
　　　　　　　　　 UNITED STATES DISTRICT JUDGE